THE PEOPLE OF THE STATE OF NEW YORK ex rel. ZOEL N. LYNCH, Respondent, against KATHLEEN KING et al., Appellants.

Submitted May 15, 1950; decided May 18, 1950.

*Louis Okin* for motion.

*R. Lawrence Siegel* opposed.

Motion to dismiss appeal, or, in the alternative, for an order directing appellants to serve and file a complete printed record, containing the minutes and the exhibits which have been omitted from the record heretofore served and filed, denied with leave to renew upon the argument.